UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE DUNCAN-DAVIS,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 19-cv-03028-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 28 |

The parties advised the Court that the parties have settled this matter and expect to file a joint stipulation of dismissal with prejudice within ninety days. Therefore, the Court HEREBY ORDERS that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within **one hundred and twenty** days, with proof of service of a copy thereon on opposing counsel, that the said settlement has not been completed, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

If no party notifies the Court of the need to place the matter back on calendar within ninety days, the matter shall be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: May 4, 2020

_____
SALLIE KIM
United States Magistrate Judge